Howard S. Trickey
Matthew Singer
HOLLAND & KNIGHT LLP
601 W. Fifth Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 263-6300
Facsimile: (907) 263-6345
howard.trickey@hklaw.com
matt.singer@hkalw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UIC GOVERNMENT SERVICES, LLC, ARROWDATA, LLC, and UKPEAĠVIK IÑUPIAT CORPORATION,<br><br>           Plaintiffs,<br><br>v.<br><br>JAMES FLEITZ, MICHAEL FRECHETTE, RONALD FUTRELL, KEVIN FALLICO, WILLIAM O'DONNELL, JASON DAUB, and AVISIGHT, LLC,<br><br>           Defendants. | Case No. 3:15-cv-00212-SLG |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Civil Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice, each party to bear their own costs and fees. The parties also stipulate to the immediate dissolution of this Court's preliminary injunction order at Docket 49 (as clarified by the order at Docket 81).

#46854529_v1

Respectfully submitted this 15th day of June, 2016.

        HOLLAND & KNIGHT LLP
        Attorneys for Plaintiffs

By: *s/Matthew Singer*
    Matthew Singer
    Alaska Bar No. 9911072
    matt.singer@hklaw.com
    Holland & Knight LLP
    601 W. Fifth Avenue, Suite 700
    Anchorage, AK 99501
    Telephone: (907) 263-6300
    Facsimile: (907) 263-6345

K&L GATES LLP
Attorneys for Defendants Fleitz, Frechette, Futrell
Fallico, O'Donnell, Daub and Avisight LLC

By: *s/Jennifer M. Coughlin*
    Jennifer M. Coughlin
    Alaska Bar No. 9306015
    jennifer.coughlin@klgates.com
    K&L GATES LLP
    420 L Street, Suite 400
    Anchorage, AK 99501-1937
    Telephone: (907) 276-1969
    Facsimile: (907) 865-2443

**HOLLAND & KNIGHT LLP**
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION FOR DISMISSAL WITH PREJUDICE      PAGE 2 OF 3
*UIC GOVERNMENT SERVICES, LLC, ET AL. V. FLEITZ, ET AL.*      CASE NO. 3:15-CV-00212-SLG

Case 3:15-cv-00212-SLG    Document 87    Filed 06/15/16    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, a true and correct copy of the foregoing document was served electronically on the following counsel of record.

Jennifer M. Coughlin
John Parsi
K&L Gates, LLP

*s/Matthew Singer*

**HOLLAND & KNIGHT LLP**
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION FOR DISMISSAL WITH PREJUDICE PAGE 3 OF 3
UIC GOVERNMENT SERVICES, LLC, ET AL. V. FLEITZ, ET AL. CASE NO. 3:15-CV-00212-SLG

Case 3:15-cv-00212-SLG   Document 87   Filed 06/15/16   Page 3 of 3