# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UIC GOVERNMENT SERVICES, LLC, ARROWDATA, LLC, AND UKPEAGVIK INUPIAT CORPORATION,<br><br>      Plaintiffs,<br> v.<br><br>JAMES FLEITZ, MICHAEL FRECHETTE, RONALD FUTRELL, KEVIN FALLICO, WILLIAM O'DONNELL, JASON DAUB, and AVISIGHT, LLC,<br><br>      Defendants. | Case No. 3:15-cv-00212-SLG |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Docket 87), IT IS ORDERED that this action is DISMISSED with prejudice, with each party to bear its own costs and fees. IT IS FURTHER ORDERED that the Court's Preliminary Injunction Order at Docket 49 (as clarified by the order at Docket 81) is VACATED and DISSOLVED.

DATED this 16th day of June, 2016 at Anchorage, Alaska.

                */s/ Sharon L. Gleason*
                UNITED STATES DISTRICT JUDGE